IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-35-KS-MTP

RODNEY RENCHIE AND
JUSTIN WILLIAMS

ORDER OF CONTINUANCE

This cause having come before the Court on the motion of defendant Rodney Renchie to continue this matter [30], and the Government stating that they have no objection to the relief requested, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that defense counsel for defendant Renchie has received discovery but has not had time to review it and visit with her client since receiving it, and the decision to proceed to trial or plead guilty cannot be made within the deadline currently set. Defense counsel needs additional time to fully review discovery and adequately prepare for trial. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy

Trial Act or the Constitution in the case at bar finds that this motion should be granted for the reasons described above.

The Court further finds that Renchie and co-defendant, Justin Williams are jointly indicted and that to not continue Williams' trial would require two trials and cause a waste of judicial resources. Williams voices no objection to the continuance and the Court finds that the trial date of Williams should also be continued to the next trial term beginning October 14, 2019.

IT IS THEREFORE ORDERED that this matter be continued until the Court's next trial term beginning on **October 14, 2019**, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the ___20th___ day of August, 2019.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE